B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  Fast American Restaurants, Inc.

Case No.  **10-37391-HDH-11**

Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Wells Fargo Financial<br>P. O. Box 6434<br>Carol Stream, TX 60197-6434 | | Loan | | $93,001.00 |
| John R. Ames, CTA<br>P. O. Box 139066<br>Dallas, TX 75313-9066 | | Property Taxes | | $23,182.51 |
| Steve Mossman - Denton County<br>P. O. Box 90223<br>Denton, TX 76202-5223 | | Property Taxes | | $17,612.68 |
| Sabre Reality Management<br>16475 Dallas Parkway, Suite 800<br>Addison, TX 75001-6856 | | Property Taxes | | $12,521.27 |
| Regions Bank Purchasing Card<br>P.O. Box 11301<br>Birmingham, AL 35202 | | Credit Card | | $9,975.80 |
| Burger King Real Estate Tax<br>P. O. Box 932980<br>Atlanta, GA 31193-2980 | | Property Taxes | | $8,900.00 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  Fast American Restaurants, Inc.

Case No.  10-37391-HDH-11

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Sunil Dharod<br>5108 Silver Lake Drive<br>Plano, TX 75093 | | Goods and or Services rendered | | $7,183.37 |
| Haney Electric Service Co. Inc<br>2434 McIver Lane<br>Carrollton, TX 75006 | | Goods and or Services rendered | | $4,607.11 |
| Binswanger Glass<br>P. O. Box 842478<br>Dallas, TX 75284-2478 | | Goods and or Services rendered | | $4,097.28 |
| American Heating & Cooling<br>11130 Petal Street, Suite 550<br>Dallas, TX 75238 | | Goods and or Services rendered | | $2,034.95 |
| Regional Association Dues 2011<br>1201 Roberts Blbd, Suite 100<br>Kennesaw, GA 30144 | | Goods and or Services rendered | | $1,175.00 |
| Rick's refrigeration Service<br>434 Wind Hurst Drive<br>Grand Prairie, TX 75052 | | Goods and or Services rendered | | $1,048.41 |
| Ace Mart Restaurant Supply<br>P. O. Box 974297<br>Dallas, TX 75397-4297 | | Goods and or Services rendered | | $965.99 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE:  Fast American Restaurants, Inc.                     Case No.  10-37391-HDH-11

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Muzak LLC<br>P. O. Box 71070<br>Charlotte, NC 28272 | | Goods and or Services rendered | | $670.95 |
| Coca Cola Usa<br>P O Box 102190<br>Atlanta, GA 30368 | | Goods and or Services rendered | | $610.30 |
| Franklin Machine Products<br>P. O. Box 8500 S-41570<br>Philadelphia, PA 19178 | | Goods and or Services rendered | | $484.48 |
| Light Bulb Depot<br>P O Box 410<br>Aurora, MO 65605-0410 | | Goods and or Services rendered | | $433.54 |
| Home Depot Credit Services<br>P. O. Box 6031<br>The Lakes, NV 88901-6031 | | Credit Card | | $202.48 |
| C & R Beverage Service<br>P. O. Box 872331<br>Mesquite, TX 75187 | | Goods and or Services rendered | | $186.73 |
| Duraparts/Southeastern Microwa<br>34-D Freedom Court<br>Greer, SC 29650 | | Goods and or Services rendered | | $176.22 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  Fast American Restaurants, Inc.

Case No.  10-37391-HDH-11

Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Vice President** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  10/26/2010

Signature:  /s/ David F. Morris
*David F. Morris*
Vice President